No. 89–7760. PETITTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–7761. ROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7762. GRANT v. GAITHER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 89–7763. ROGERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7764. TRAYER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–7765. ALTHOFF v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7766. BAYLIES ET AL. v. PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–7767. CULVER v. COUNTY OF RENSSELAER, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–7769. JONES v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 89–7770. McGLAMRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7771. MANNING v. NIX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 89–7772. JAMES v. WALLACE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–7774. HOFFMAN v. COHN, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 89–7776. HENDERSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 89–7778. COLLIER v. DOWDEN ET AL. C. A. 11th Cir. Certiorari denied.